UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



FILED BY_____D.C.

05 JUN -6 AM 9: 36

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

PATRICIA PATTERSON,

    Plaintiff,

v.                                        Civil No. 05-1023 T

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### ORDER ALLOWING ADDITIONAL TIME TO FILE BRIEF

---

The defendant's motion for additional time to file brief is granted. The defendant shall file their brief on May 31, 2005.

                                            */s/ James D. Todd*
                                            United States District Court Judge

                                            Date: 6 June 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01023 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT