# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

PATRICIA PATTERSON,    )
            )
   Plaintiff,     )
            )
VS.          )   No.  05-1023-T
            )
JO ANNE BARNHART,    )
Commissioner of the Social   )
Security Administration,    )
            )
   Defendant.    )

---

## ORDER OF RECUSAL AND TRANSFER

---

The undersigned  recuses himself from  this action.  This case is transferred to the

Honorable J. Daniel Breen for further proceedings in exchange for a comparable case.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 June 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01023 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joe H. Byrd
BYRD DONAHOE & BYRD
P.O. Box 2764
Jackson, TN 38301--276

Honorable J. Breen
US DISTRICT COURT